## LISTER *et al.* v. WILLIAMS.

No. 1907.    Opinion Filed January 10, 1911.

Rehearing Denied March 21, 1911.

(114 Pac. 255.)

**APPEAL AND ERROR—Dismissal—Case-Made Settled in Party's Absence.** Same as paragraph 1 in **First National Bank of Collinsville v. Daniels,** 26 Okla. 383, 108 Pac. 748.

(Syllabus by the Court.)

*Error from District Court, Latimer County; John Caruthers, Judge.*

Action between D. H. Lister and others and Dan Williams. From the judgment, Lister and others bring error. Dismissed.

*London & London,* for plaintiffs in error.

*E. L. Taylor,* for defendant in error.

WILLIAMS, J. The defendant in error has moved the dismissal of this proceeding in error on the grounds that the case-made was signed and settled without proper notice of the time and place of settlement.

The case-made was served upon the defendant in error without any notice of the time and place of the signing and settling of same by the trial judge. No appearance was made, nor were any amendments suggested. The proceeding in error must be dismissed. *First National Bank v. Daniels,* 26 Okla. 383, 108 Pac. 748.

All the Justices concur.